PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JOVANI DART,<br><br>           Defendant. | Case No. 1:16-po-00050-SAB<br>Citation No. 5007032<br><br>MOTION AND ORDER FOR DISMISSAL |

   The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss Violation Notice 5007032 issued to Jovani Dart on February 20, 2016, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 9, 2016                    Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

                              By:    /s/ Katherine A. Plante
                                     KATHERINE A. PLANTE
                                     Special Assistant U.S. Attorney

# O R D E R

IT IS HEREBY ORDERED that Violation Notice 5007032 issued on February 20, 2016 to Jovani Dart be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 9, 2016**

UNITED STATES MAGISTRATE JUDGE